## ALEXANDER v. THE STATE.

(Decided December 19, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

No counsel marked for appellant.  W. L. MARTIN, Attorney General, for the State.

Per curiam.  Appeal dismissed for failure to file transcript.

----

## ATLANTIC COAST LINE RY. CO. v. BENYACKER.

(Decided December 19, 1916.)

APPEAL from Montgomery City Court.

Heard before Hon. GASTON GUNTER.

JOHN R. TYSON, for appellant.  WEIL, STAKELY & VARDAMAN, for appellee.

Per curiam.  Appeal dismissed by appellant.

----

## BADY v. THE STATE.

(Decided November 28, 1916.)

APPEAL from Elmore Circuit Court.

Heard before Hon. W. W. PEARSON.

No counsel marked for appellant.  W. L. MARTIN, Attorney General, for the State.

Per curiam.  Appeal dismissed on motion of Attorney General.

----

## BAKER v. THE STATE.

(Decided January 9, 1917.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

No counsel marked for appellant.  W. L. MARTIN, Attorney General, for the State.

Per curiam.  Appeal dismissed on motion of Attorney General.